In the Matter of PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued May 24, 1939; decided June 19, 1939.

*William C. Chanler*, Corporation Counsel (*Edmund B. Hennefeld*, *Arthur A. Segall* and *Bernard H. Sherris* of counsel), for appellant.

*Edward F. Clark*, *Albert B. Gins* and *Leonard J. Reynolds* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.